■ ROCHESTER CANOE CLUB, Appellant, v THOMAS C. JORLING, as Commissioner of the Department of Environmental Conservation, Respondent, and JOSEPH CASSARA, Intervenor-Respondent. (Appeal No. 1.)

(Appeal from Order and Judgment of Supreme Court, Monroe County, Patlow, J.—Article 78.) Present—Denman, P. J., Pine, Balio, Lawton and Davis, JJ. [See, 150 Misc 2d 321.]